IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION


**JAMES T. CURTIS,**

    **Plaintiff,**

**vs.**                                  **Case No. 5:04cv387-RH/WCS**

**AL SOLOMON, et al.,**

    **Defendants.**

    _____/


## O R D E R

Plaintiff, an inmate proceeding *pro se* and *in forma pauperis*, filed a second amended civil rights complaint under 42 U.S.C. § 1983 on March 25, 2005. Doc. 25. Service of the second amended complaint was directed, docs. 25 and 35, and an executed summons was filed as to Defendant Solomon, dated May 24, 2005. Doc. 31. Thus, the sixty day period for filing a response to the complaint will end on July 23rd, but because that day is a Saturday, the special report or motion to dismiss will be due on Monday, July 25, 2005.

Service was redirected on Defendants Welch, Pandit, and Cherry, doc. 35, and executed summons have now been filed on behalf of Defendants Cherry, doc. 37, and

Welch, doc. 38. A response to the complaint by those Defendants will be due on August 8th and 9th, respectively.

No response to the supplemental service order, however, has been received from the Deputy General Counsel. The order, doc. 35, noted that service was not effected on Defendant Pandit, and because Plaintiff is a prisoner and discovery was premature, the order required a response from the Deputy General Counsel as to the possibility of locating this Defendant and waiving formal service by July 15, 2005. Doc. 35. As a courtesy, that time will be extended. The Deputy General Counsel shall comply with the previous order issued on June 3, 2005, doc. 35, by **August 12, 2005**.

Accordingly, it is

**ORDERED**:

1. The Clerk of Court shall ensure that this Order is immediately provided to Susan A. Maher, the Deputy General Counsel for the Florida Department of Corrections, along with another copy of the supplemental service order, doc. 35.

2. The Deputy General Counsel shall have until **August 12, 2005**, in which to respond to the previous order. Plaintiff shall have ten days from the entry of this order on the docket in which to notify the Court if this is *incorrect*.

3. The Clerk shall re-issue summons for Defendant Pandit, if necessary for service on Defendant Pandit, indicating the Defendant has 60 days in which to file a responsive pleading.

4. The Clerk shall return this file to the undersigned upon receipt of a response to the complaint, upon the filing of a response to this order, or no later than August 12, 2005.

**DONE AND ORDERED** on July 21, 2005.

                                 s/    William C. Sherrill, Jr.
                                 **WILLIAM C. SHERRILL, JR.**
                                 **UNITED STATES MAGISTRATE JUDGE**