UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JAMES T. CURTIS,

    VS                                                                        CASE NO. 5:04cv387-RH/WCS

AL SOLOMON,

## REFERRAL AND ORDER

    The motion/pleading was filed by defendant on 07/26/2005 (document #42), and referred to Magistrate Judge William C. Sherrill on 07/26/2005.

    Summary of motion/pleading: MOTION TO ACCEPT THE MOTION FOR ENLARGEMENT OF TIME AND NOTICE OF APPEARANCE AS TIMELY FILED

                                                           WILLIAM M. MCCOOL, CLERK OF COURT

                                                           s/ Angela Maxwell
                                                          DEPUTY CLERK

---

## ORDER OF COURT

    Upon consideration of the foregoing, it is ORDERED this 27th day of July, 2005, the requested relief is **GRANTED.**

                                                           S/ William C. Sherrill
                                                          UNITED STATES MAGISTRATE JUDGE