# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

JAMES T. CURTIS,

      VS                                                CASE NO. 5:04cv387-RH/WCS

AL SOLOMON,

## REFERRAL AND ORDER

      The motion/pleading was filed by defendant on 07/26/2005 (document #44), and referred to Magistrate Judge William C. Sherrill on 07/26/2005.

      Summary of motion/pleading: MOTION FOR ENLARGEMENT OF TIME

                                        WILLIAM M. MCCOOL, CLERK OF COURT

                                    s/ Angela Maxwell
                                    DEPUTY CLERK

## ORDER OF COURT

      Upon consideration of the foregoing, it is ORDERED this 27th day of July, 2005, the requested relief is **GRANTED.**  The time for filing an Answer to the complaint is extended to September 27, 3005.

                                    S/ William C. Sherrill
                                    UNITED STATES MAGISTRATE JUDGE