IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**JAMES T. CURTIS,**

    Plaintiff,

vs.                                      Case No. 5:04cv387-RH/WCS

**AL SOLOMON, et al.,**

    Defendants.

_____/

## O R D E R

Plaintiff has filed a motion seeking clarification of FLA. ADMIN. CODE § 33-210.102(9) concerning entitlement to pen and paper to do legal work. Doc. 52. The court cannot construe or interpret a Florida law except in connection with adjudication of pending federal claims. Plaintiff has used pencil and paper to file this motion and the motion is legible and effective to present the issue to the court.

Accordingly, it is

**ORDERED**:

1. Plaintiff's motion for clarification and court order, doc. 52, is **DENIED**.

2.  The Clerk shall return this file to the undersigned upon receipt of a special report or motion to dismiss, or no later than September 27, 2005.

**DONE AND ORDERED** on September 27, 2005.

        s/     William C. Sherrill, Jr.
        **WILLIAM C. SHERRILL, JR.**
        **UNITED STATES MAGISTRATE JUDGE**