**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

**JAMES T. CURTIS,**

      **Plaintiff,**

**vs.**                                  **Case No. 5:04cv387-RH/WCS**

**AL SOLOMON, et al.,**

      **Defendants.**

_____/


**O R D E R**

      Plaintiff has filed a motion seeking to amend his civil rights complaint to add allegations about the denial of dental care at his current place of incarceration, Hardee Correctional Institution.  Doc. 57.  Plaintiff acknowledges within the motion that he has not exhausted the grievance process at Hardee C.I., but requests that the Court "place this case on hold until the grievance process against Hardee Correctional Institution is completed so the new defendants can be added and then one response from Defendants Attorneys can be given."  *Id.*  Defendants have filed a response to the motion requesting that leave to amend be denied.  Doc. 58.

Under the Prison Litigation Reform Act, a civil rights action concerning prison conditions may not be brought "until such administrative remedies as are available are exhausted."  42 U.S.C. § 1997e(a).  The exhaustion requirement of § 1997e(a) is mandatory, and there is no discretion to waive this requirement or provide continuances of prisoner litigation in the event that a claim has not been exhausted prior to filing.  *See* Alexander v. Hawk, 159 F.3d 1321, 1324-26 (11th Cir. 1998); Porter v. Nussle, 534 U.S. 516, 122 S.Ct. 983, 152 L.Ed.2d 12 (2002).  Because Plaintiff acknowledges that he has not exhausted administrative remedies concerning his claims at Hardee Correctional Institution, the motion to supplement his complaint by adding claims and Defendants must be denied.

Accordingly, it is

**ORDERED**:

1.  Plaintiff's motion to supplement, doc. 57, is **DENIED**.

2.  The Clerk shall return this file to the undersigned upon receipt of a special report or motion to dismiss, or no later than November 10, 2005, in accordance with document 56.

**DONE AND ORDERED** on October 12, 2005.


**s/     William C. Sherrill, Jr.**
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**