**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

**JAMES T. CURTIS,**

    **Plaintiff,**

**vs.**                              **Case No. 5:04cv387-RH/WCS**

**AL SOLOMON, DR. CHERRY,
DR. PANDIT, and ANN WELCH,**

    **Defendants.**

_____/

**O R D E R**

A special report is pending in this case on behalf of three of the named Defendants.  Doc. 60.  Plaintiff has been given until January 13, 2006, in which to file his rule 56 opposition to the report, which was simultaneously construed as a summary judgment motion.  Doc. 61.  Plaintiff has already filed a separate, short and concise statement of material facts, doc. 64, and a declaration in opposition to summary judgment.  Doc. 65.  Although Plaintiff has already submitted opposition to summary judgment, all parties are advised that the previously set deadline of January 13, 2006, will remain.  The parties are free to submit any additional materials either in support of, or in opposition to, summary judgment by that date.

Service on the fourth Defendant, Dr. H.V. Pandit, is expected to be completed soon in light of the notice to the court filed on December 9, 2005. Doc. 66. This order is simply entered as a courtesy to the parties to acknowledge the filing of the notice.

Accordingly, it is **ORDERED** that the Clerk of Court shall return this file to the undersigned upon the deadline for filing materials regarding the motion for summary judgment. *See* doc. 61.

**DONE AND ORDERED** on December 22, 2005.

s/   William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**