IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION


JAMES T. CURTIS,

    Plaintiff,

vs.                                Case No. 5:04cv387-RH/WCS

DR. PANDIT and ANN WELCH,

    Defendants.

_____/


## REPORT AND RECOMMENDATION

Plaintiff, proceeding *pro se*, has filed a petition for court order and for injunctive relief.  Doc. 106.  Plaintiff seeks a court order that will direct prison officials at Washington Correctional Institution (in particular the Warden and law library supervisor at Washington C.I.) to take certain actions in Plaintiff's favor.  *Id.*

These officials are not the Defendants in this case.  The action which is the basis of this case, denial of dental care, is unrelated to the separate events about which Plaintiff complains in this petition, concerning copy services and the ability to use the grievance system at Washington C.I.  *Id.*

Rule 65(d), which governs motions for a temporary restraining order and for a preliminary injunction, provides *inter alia*: "Every order granting an injunction and every

restraining order . . . is binding only upon the parties to the action, their officers, agents, servants, employees, and attorneys, and upon those persons in active concert or participation with them who receive actual notice of the order by personal service or otherwise." FED. R. CIV. P. 65(d). "It is elementary that one is not bound by a judgment in personam resulting from litigation in which he is not designated as a party or to which he has not been made a party by service of process." Zenith Radio Corp. v. Hazeltine Research, Inc., 395 U.S. 100, 110, 89 S. Ct. 1562, 1569, 23 L. Ed. 2d 129 (1969) (citation omitted). This court must have jurisdiction over a party to adjudicate a claim, and it does not have in personam jurisdiction over these officials.

Accordingly, it is **RECOMMENDED** that Plaintiff's motion for a preliminary injunction, doc. 106, be **DENIED**.

**IN CHAMBERS** at Tallahassee, Florida, on July 11, 2006.

s/    William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**

Case No. 5:04cv387-RH/WCS