IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JAMES T. CURTIS,

      Plaintiff,

v.                              CASE NO. 5:04cv387-RH/WCS

DR. PANDIT and ANN WELCH,

      Defendants.

_____/

## ORDER DENYING PRELIMINARY INJUNCTION

This matter is before the court on the magistrate judge's report and recommendation (document 107), to which no objections have been filed. Upon consideration,

    IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court. The motion for preliminary injunction (document 106) is DENIED.

    SO ORDERED this 2d day of October, 2006.

                                            s/Robert L. Hinkle
                                            Chief United States District Judge