IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JAMES T. CURTIS,

    Plaintiff,

vs.                                Case No. 5:04cv387-RH/WCS

DR. PANDIT and ANN WELCH,

    Defendants.

                             /

## FIFTH REPORT AND RECOMMENDATION

Plaintiff, proceeding *pro se*, has filed a "motion for partial summary judgment against Defendant Ann R. Welch."  Doc. 119.  Although Plaintiff's motion does not indicate on which of the claims against Defendant Welch he seeks partial summary judgment, the motion is insufficient on its face.  This report and recommendation is entered without awaiting a reply from Defendant Welch as to Plaintiff's motion for summary judgment.

Plaintiff's motion does not comply with N.D. Fla. Loc. R. 56.1 because the motion does not contain "a separate, short and concise statement of the material facts as to which the moving party contends *there is no genuine issue to be tried*."  N.D. Fla. Loc. R. 56.1(A) (emphasis added).  Indeed, Plaintiff's motion demonstrates what has already

been established in this case - there is a genuine dispute of fact between the parties. *See* doc. 84. In the prior report and recommendation, doc. 84, I found that "Plaintiff [had] created a genuine dispute of material fact as to whether Defendant Welch was deliberately indifferent to his serious dental needs in general by denying him access to dental treatment for tooth #19 as well as other dental problems." *Id*., at 40. This finding was approved in the order adopting the report and recommendation. Docs. 92, 108. Plaintiff's assertions in the instant motion are based on this precise issue. Because there is a genuine dispute of fact,[1] summary judgment may not be granted on Plaintiff's claims against Defendant Welch.

In light of the foregoing, it is respectfully **RECOMMENDED** that Plaintiff's motion for partial summary judgment, doc. 119, be **DENIED** because there is a genuine dispute of fact between the parties, and this case be **REMANDED** to the parties for further proceedings.

**IN CHAMBERS** at Tallahassee, Florida, on January 3, 2007.

       s/    William C. Sherrill, Jr.
       **WILLIAM C. SHERRILL, JR.**
       **UNITED STATES MAGISTRATE JUDGE**

---

[1] "Summary judgment is appropriate where the evidence shows 'that there is no genuine issue as to any material fact and that the moving party is entitled to a judgment as a matter of law.' " Comer v. City of Palm Bay, Fla., 265 F.3d 1186, 1192 (11th Cir. 2001) (quoting Fed.R.Civ.P. 56(c)), *quoted in* Ellis v. England, 432 F.3d 1321, 1325 (11th Cir. 2005).

Case No. 5:04cv387-RH/WCS

## NOTICE TO THE PARTIES

A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.