# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

**JAMES T. CURTIS,**

    Plaintiff,

vs.                                    Case No. 5:04cv387-RH/WCS

**DR. PANDIT and ANN WELCH,**

    Defendants.

_____/

## REPORT AND RECOMMENDATION

After the denial in part of Defendants' motions for summary judgment and motions to dismiss, the parties were given opportunities to conduct further discovery prior to setting this case for trial. Doc. 131. Discovery has been on-going. *See*, e.g., docs. 136, 141, and 144.

On May 14, 2007, Defendants Pandit and Welch notified the Court that they have settled this case with Plaintiff and a controversy no longer exists. Doc. 145. The notice indicates that Plaintiff will soon be filing a notice of voluntary dismissal with prejudice. *Id.* On the following day, Plaintiff, a *pro se* inmate, submitted a notice of voluntary dismissal with prejudice. Doc. 146.

As the parties have resolved the issues raised in this case, it is

**RECOMMENDED** that the notice of settlement and voluntary dismissal with prejudice, filed pursuant to FED. R. CIV. P. 41(a)(1)(ii), docs. 145 and 146, be **ACCEPTED** with judgment entered **DISMISSING THE COMPLAINT WITH PREJUDICE**.

**IN CHAMBERS** at Tallahassee, Florida, on May 24, 2007.


 s/      William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**


### NOTICE TO THE PARTIES

A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.